## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Proceeding

| November 3, 2021 | Honorable Michael E. Romero, Presiding Courtroom C |
|---|---|
| In re:<br><br>Conifer Town Center, LLC,<br><br>    Debtor. | Case No. 13-11135 MER<br><br>Chapter 11 |

Appearances:

| Trustee |  | Counsel | n/a |
|---|---|---|---|
| Creditor | LSI Retail IV, LLC | Counsel | Brian Ray |
| Creditor | Village at Elk Crossing, LLC | Counsel | Dave Wadsworth |

Proceedings:

LSI Retail IV, LLC's Motion to Reopen Bankruptcy Case Pursuant to 11 U.S.C. § 350(b) and F.R.B.P. 5010 and the response filed by Village at Elk Crossing, LLC .

Orders:

The hearing was held and concluded. The matter is taken under advisement.

BY THE COURT:
KENNETH S. GARDNER, CLERK

By: /s/ Sabrina Worsham
    Deputy Clerk